AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

**SERVED**

BRENDA K. DAVID )
 )
 )
 )
*Plaintiff(s)* )
v. ) Civil Action No. 0:20-cv-61766-RKA
 )
ELITE RECOVERY SOLUTIONS, INC. )
 )
 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ELITE RECOVERY SOLUTIONS, INC.
8615 S. COTTAGE GROVE AVE.
CHICAGO, IL 60619

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Aug 31, 2020

s/ P. Curtis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Brenda K. David
        Plaintiff(s),

vs.

Elite Recovery Solutions, Inc.
        Defendant(s),

Case No.: **0:20-CV-61766-RKA**

**AFFIDAVIT OF SERVICE**

I, **Don Eskra**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons in a Civil Action and Complaint**

Defendant to be served: **Elite Recovery Solutions, Inc.**

Address where served: **8615 South Cottage Grove Avenue, Chicago, IL 60619**

On **September 10, 2020** at **3:17 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Angela Gregory**, (Title) **Office Manager**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Female** - Race: **Black** - Hair: **Black** - Approx. Age: **30** - Height: **5ft 6in** - Weight: **180**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
Don Eskra

State of Illinois
County of Will

Subscribed and Sworn to before me on this 11 day of September, 2020

_____
Signature of Notary Public

Job: 547740
File:

OFFICIAL SEAL
K REYES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/20/21