UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61766-CIV-ALTMAN

**BRENDA K. DAVID,**

    *Plaintiff,*
**vs.**

**ELITE RECOVERY SOLUTIONS INC.,**

    *Defendant.*
_____/

## ORDER

**THIS MATTER** comes before the Court *sua sponte*. The Plaintiff filed an Executed Summons [ECF No. 4] on September 15, 2020, which indicates that the Defendant was served with the Complaint on September 10, 2020. Pursuant to Fed. R. Civ. P. 4(d), the Defendant's Answer was due on October 1, 2020. As of this writing, however, the Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that the Plaintiff shall submit a *motion for entry of clerk's default* by **November 18, 2020**. That motion must contain a certificate of service indicating that notice was sent to the Defendant as well as the address or addresses to which notice was sent. The Plaintiff's failure to file the *motion for entry of clerk's default* within the specified time may result in **dismissal** without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of November 2020.

                                                      _____
                                                    **ROY K. ALTMAN**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record