## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

BRENDA K. DAVID

CASE NUMBER
0:20−cv−61766−RKA

PLAINTIFF(S)

v.

ELITE RECOVERY SOLUTIONS, INC.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Elite Recovery Solutions, Inc.**

as of course, on the date November 19, 2020.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Lisa Streets*
Deputy Clerk

cc:  Judge Roy K. Altman
      Brenda K. David

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)